AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
LINWOOD LIPSCOMB
a/k/a Len Woods

Philadelphia, PA 19151

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 05-91-UNA

**REDACTED**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801<br>Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 10/27/05 @ 1:00 pm |

\*\* Please Report to the U.S. Marshal's Service in Room# 100 by 12:00 PM

To answer a(n)

x Indictment   ☐ Information   ☐ Complaint   X Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __152(3) and 2(b)__

Brief description of offense:

BANKRUPTCY FRAUD   - COUNTS I THRU IV;
SOCIAL SECURITY FRAUD - COUNT V

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

October 19, 2005 at Wilmington, DE
Date

FILED OCT 25  4 20 PM '05  DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via Cert Mail 10/20/05_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _10·24·05_
Date

_DW Thomas_
Name of United States Marshal

_DT Kahn_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.