AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA
V.
LINWOOD LIPSCOMB
a/k/a Len Woods

Philadelphia, PA 19151

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 05-91-UNA



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 10/27/05 @ 1:00 pm |
| Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

\*\* Please Report to the U.S. Marshal's Service in Room# 100 by 12:00 PM.

To answer a(n)
[X] Indictment   [ ] Information   [ ] Complaint   [X] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) __152(3) and 2(b)__

Brief description of offense:

BANKRUPTCY FRAUD  - COUNTS I THRU IV;
SOCIAL SECURITY FRAUD - COUNT V


BY: _/s/_ Deputy Clerk
Signature of Issuing Officer

October 19, 2005   at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me                                           Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  10-31-05                                   DWThomas
           Date                                      Name of United States Marshal

                                                     (by) Deputy United States Marshal

Remarks:

FILED
NOV - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.