JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

January 9, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

    Re: U.S. v. Linwood Lipscomb
        Cr.A. No. 05-91-KAH

Dear Judge Jordan:

    The purpose of this correspondence is to request an extension of time for the scheduling of trial so as to avoid a violation of the Speedy Trial Act.

    I think it would be more productive for my being able to articulate the basis orally and would request, therefore, a brief telephone conference between the Court and counsel in this regard.

Respectfully,

Joe Hurley

JAH:jr
pc: Shannon T. Hanson, Esquire