IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>         v.                                              )      Criminal Action No. 05-91-KAJ<br>                                                              )<br>LINWOOD LIPSCOMB, aka LEN      )<br>WOODS,                                              )<br>                                                              )<br>                    Defendant.          ) | |

### ORDER

At Wilmington this 12th day of January, 2006,

IT IS ORDERED that:

1. A telephone conference is scheduled for **January 23, 2006** at **4:00 p.m.** with the counsel for defendant initiating said call.

2. The time between **December 2, 2005** and **January 23, 2006**, shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

         /s/ Kent Jordan
         United States District Judge