IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-91-KAJ |
| ) | |
| LINWOOD LIPSCOMB, aka LEN ) | |
| WOODS, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The above named defendant having entered a plea of not guilty to the charges pending in this case, and it therefore being necessary to bring the case promptly to trial, and the Court having met with counsel, IT IS HEREBY ORDERED that:

1.  The Court will hold a pretrial conference in chambers on February 24, 2006 at 2:00 p.m.  Counsel for the parties shall consult in an attempt to agree upon appropriate jury instructions and special voir dire questions for the jury panel.  No later than **one week prior to the pretrial conference**, counsel for the government shall submit an agreed upon set of jury instructions which also reflects any areas of disagreement between the parties, with supporting authorities and objections.  The same submission should contain any proposed special voir dire of the jury panel.  That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of these instructions and proposed special voir dire.  Any motions in limine shall be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and proposed voir dire is due.

3. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea, except a plea to all counts of the indictment or information, shall be noticed on or before the date of the pretrial conference. The guilty plea shall be entered on or before the date trial is set to commence.

4. A two (2) day Jury Trial is scheduled to commence on **March 1, 2006,** beginning at 9:30 a.m. in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any remaining pretrial issues. Except for the first day of trial, trial shall commence each day at 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

DATE: January 24, 2006
Wilmington, Delaware