IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-91-KAJ |
| | ) | |
| LINWOOD LIPSCOMB | ) | |
| aka LEN WOODS, | ) | |
| Defendant. | ) | |

## JOINT REQUEST FOR SPECIAL VOIR DIRE

COMES NOW the parties in the above-captioned case, through their undersigned attorneys, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case, in addition to the Court's standard voir dire questions:

1.     The government respectfully requests that in standard voir dire question number 3, the Court include the Office of the U.S. Trustee for the District of Delaware.

2.     The parties respectfully request that the Court inquire, in light of the charges of bankruptcy fraud, whether any member of the panel or a member of his immediate family has filed for bankruptcy.

3.     The defendant respectfully requests that the Court include the following two questions in its inquiry: (a) Have you, your spouse, a relative or close friend ever been associated with a law enforcement agency either on a Federal, State or local level?  and (b) Would you give greater weight to the sworn testimony of a government agent or employee than you would the sworn testimony of

a civilian witness solely because he or she is employed by the United States Government?

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801

Dated:   February 27, 2006

## CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    v.    )    Criminal Action No. 05-91-KAJ
    )
LINWOOD LIPSCOMB    )
  aka LEN WOODS,    )
    Defendant.    )

I, Shannon Thee Hanson, employed with the United States Attorney's Office, hereby certify that

on February 27, 2006, I served the foregoing:

### JOINT REQUEST  FOR SPECIAL VOIR DIRE

by causing two copies of said document to be mailed and faxed to counsel of record as follows:

    Joseph A. Hurley, Esq.
    1215 King Street
    Wilmington, Delaware 19801
    Attorney for Defendant Linwood Lipscomb

Shannon Thee Hanson