IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-91-KAJ |
| | ) | |
| LINWOOD LIPSCOMB | ) | |
| aka LEN WOODS, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S WITNESS LIST

Comes now, the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and provides the following list of witnesses the Government may call in its case-in-chief in the above-captioned action:

**Joseph McMahon** - Trial Attorney, U.S. Trustee's Office

**Neil F. Dignon, Esq.** - Attorney for mortgage company, Washington Mutual Home Loans, Inc. (FKA PNC Mortgage Corp. of America)

**Rea Anderson**

**Custodian of Records from the Delaware SPCA** -- name unknown; dependent on availability.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

By: _____
       Shannon Thee Hanson
       Assistant United States Attorney
       1007 N. Orange Street, Suite 700
       P.O. Box 2046
       Wilmington, DE 19899
       (302) 573-6277 x128
       Attorneys for the United States

Dated: February 28, 2006