IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINWOOD LIPSCOMB<br>    aka LEN WOODS,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Criminal Action No. 05-91-KAJ<br>)<br>)<br>)<br>)<br>) |

## VOIR DIRE

[SWEAR the Panel.]

Good morning, Ladies and Gentlemen. We're here to pick the jury in the case of United States v. Linwood Lipscomb, Criminal Action No. 05-91-KAJ. This case involves charges relating to false declarations made in bankruptcy proceedings, and the trial is expected to last approximately two days.

    1. Is any member of the panel related to or personally acquainted with the defendant, Linwood Lipscomb, who is also known as Len Woods?

    2. Is any member of the panel related to, or personally acquainted with, Joseph Hurley, Esquire, the defendant's counsel?

    3. Is any member of the panel related to, or personally acquainted with Assistant United States Attorney Shannon Thee Hanson, or with any other employee of the Office of the United States Attorney for the District of Delaware or of the Office of the United States Bankruptcy Trustee for the District of Delaware?

    4. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case: Joseph McMahon, Neil F. Dignon, Rea Anderson, and the Records Custodian of the Delaware Society for the Prevention of Cruelty to Animals [NAME?].

    5. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

    6. Has any member of the panel ever been a witness to, victim of, or convicted of a crime?

    7. Has any member of the panel ever served as a juror in a criminal trial or on a grand jury?

    8. A fundamental principle of our legal system is that when a person is charged with a criminal offense he is presumed to be innocent unless and until the government proves guilt beyond a reasonable doubt. If you are selected as a juror in this case, will any of you have difficulty applying this rule of law?

9. The defendant has a constitutional right not to testify. Some people may feel that if an accused person does not testify, then he or she must be hiding something. In other words, they may expect the defendant should testify. Does any member of the panel believe that if an accused person does not testify, then he or she must be hiding something?

10. Has any member of the panel, or a close friend or relative, ever been employed by, associated with, or ever had any bad experiences with law enforcement agencies or officers?

11. Does any member of the panel believe that, compared with the way they would view the testimony of other witnesses, they would give more or less weight to the testimony of law enforcement agents or other government employees simply because they are law enforcement agents or are otherwise employed by the United States? Similarly, does any member of the panel believe that a witness called by the government is more trustworthy and reliable than a witness called by the defendant, simply because the witness is called by the government instead of the defendant?

12. As I mentioned earlier, this case involves charges relating to false declarations made in bankruptcy proceedings. Has any member of the panel or any member of your immediate family filed for bankruptcy? Is there anything about the nature of these charges that would prevent you from being an impartial juror?

13. Does any member of the panel have any special disability or problems that would make it difficult or impossible for you to serve as a member of the jury in this case?

14. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions to you on the law?