REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR -2 PM 3: 00

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-91-KAJ |
| LINWOOD LIPSCOMB, aka LEN WOODS, | ) |
| Defendant. | ) |

## Verdict Form

Count One – November 2003 Bankruptcy Petition: False Declaration

_X_ Guilty          ____ Not Guilty

Count Two – November 2003 Bankruptcy Petition: False Oath

_X_ Guilty          ____ Not Guilty

Count Three – September 2004 Bankruptcy Petition: False Declaration

_X_ Guilty          ____ Not Guilty

Count Four – September 2004 Bankruptcy Petition: False Oath

_X_ Guilty          ____ Not Guilty

Count Five – False Representation of Social Security Number

____ Guilty          _X_ Not Guilty

Wilmington, Delaware
Date: _3 - 2_____, 2006