IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-91-KAJ |
| | ) | |
| LINWOOD LIPSCOMB, aka LEN WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

IT IS ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for fourteen jurors and one United States Marshal engaged in the above entitled case on March 2, 2006.

_____
UNITED STATES DISTRICT JUDGE

March 2, 2006
Wilmington, Delaware