IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>LINWOOD LIPSCOMB, aka LEN WOODS,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)   Criminal Action No. 05-91-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

WHEREAS, the Jury for the above captioned case entered a verdict of guilty to Counts 1, 2, 3 and 4 of charges against Defendant, Linwood Lipscomb a/k/a Len Woods, in this court,

IT IS HEREBY ORDERED this 3rd day of March, 2006, that sentencing of Defendant is scheduled for the **June 12, 2006, at 4:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware