IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUN 13  PM 12: 59

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-91-KAJ |
| ) | |
| LINWOOD LIPSCOMB, aka LEN ) | |
| WOODS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

IT IS HEREBY ORDERED this 13th day of June, 2006, that sentencing of Defendant is rescheduled for **June 27, 2006, at 12:00 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

IT IS FURTHER ORDERED that the Defendant shall avoid all contact, directly or indirectly, with Rea Anderson.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware