IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINWOOD LIPSCOMB, aka LEN )<br>WOODS, )<br>)<br>Defendant. ) | Criminal Action No. 05-91-KAJ |

## ORDER

IT IS HEREBY ORDERED this 16th day of June, 2006, that sentencing of Defendant scheduled for **June 27, 2006, at 12:00 p.m.**, is hereby rescheduled to **July 7, 2006 at 3:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware