US District Judge
Honorable Kent A Jordan


My name is Linwood Lipscomb. I was found guilty on March 2, 2006 after a trial by jury, of counts One through Four of the previously referenced Indictment. Mr.Lipscomb was found not guilty of Count five. My sentencing date was June 12, 2006. Ms. Rea Ashworth "Rea Anderson" submitted a letter based on some of the events that happen during our relationship. Some of the events are true and some of them are untrue.
From the start, I had pleaded with council to mention the whole story but my side was never told. Every time I went into the court room I felt trapped because my words were not heard. I am pleading with the courts for an continuance, so I can prove, that, what I'm saying is true. Meaning letters and people to testify on my behalf. I want to be more prepared with council or new council. There were a lot of events that weren't talked about and it will make a difference. I'm a hard working man honest, loyal and respectable in my community. My friends and family depend on me.

Sincerely

*[signature]*
Linwood Lipscomb