JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
———
(302) 658-8980
MEMBER DEL. AND FLA. BARS

July 6, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

       Re:  U.S. v. Linwood Lipscomb
           Crim.A. No. 05-91-KAJ

Dear Judge Jordan:

    Please find enclosed character letters that I am submitting on behalf of Mr. Lipscomb.

                               Respectfully,

                               Joe Hurley

JAH:jr
Enclosures

pc:  Shannon Thee Hanson, Esquire,
     w/enclosures

Character Reference Letter
_____

I have known Mr. Woods for over 4 to 5 years. As a busniess asociate Mr. Woods have displayed great leadership. He has been honest, Loyal and faithful. He is a positive force in our community.   We need more man like him.


Thank You

Kathy Williams

To Whom It May Concern:

I'm writing on behalf of Linwood Lipscomb, I've known him for approximately 7 years. He has helped me help my own children, by allowing them to work with him and teaching them a skill in construction and carpentry. He has always given young men the opportunity that society did not give them. As long as I have known him he has taken young unfortunate men under his wing and shown them the ropes in construction, carpentry, towing ect. He has even taken in adult men and women with substance abuse issues and given them a brand new start, not to mention the children who had parents on drugs. I've known him to be honest and loyal. He is a very loving and caring individual. He is a very reliable person.  He has always gone way beyond the call of duty to help others. He has placed himself out on a limb on several occasions to help others. He works very hard on a daily basis; I've never known him not to work.  He takes care of both of his parents, and his brother amongst many others that is in need. This is not a malicious individual; he is a kind and warm person. Those that know him will agree with what I'm saying.

Thank You
Gina Short

To Delaware Federal Court;

    This letter is to inform you about my relationship between Linwood Lipscomb, "Wood" and myself Terri Jackson. I meet Wood in May 1994, when I began to work for him at Wood's Towing. I was referred to him by his mother. There I learned to dispatch and take calls. I help enhance the business in aiding illegal park contracts, handling banking transactions and other administrative duties. During that time we had developed a relationship as brother and sister. When I met Rea Ashworth, I was introduced as his sister. She would come to the shop from time to time. She seemed to be a nice girl, but I didn't get too involved with his friends. Over the years Wood has been a great financial help. He's been an inspiration to me and my son. Being a single parent, he is a man among men. He's took my son under his wing and I have watched how he interacted with him and other children. He has always had positive words to help guide them. He would play basketball, and football with the neighborhood kids, and then afterwards he would buy them ice cream. I have never known him to be a threat to children, never. Anyone that knows him, know he loves kids and have a way with them.

    Wood had talked to me and his mother about moving to Delaware. So we all agreed we would look for houses together. Me and mom had to work and Wood's schedule was more flexible. Next thing I know Rea and him were looking. He found a house and came to me and mom to try to purchase it. After we try to obtain a loan, me and mom did not qualify as first time home buyers. Next thing I know Rea and him were trying to get the house. The loan officer suggested that she obtain the house alone, because her qualifying as a first time home buyer. After that transaction I left Wood's Towing for another job.

    From time to time I would visit him in Delaware at the house, but my son stayed with him the weekends. My son loved to be with Uncle Wood. Now he's eighteen years old and currently enrolled in college and has a job. He often comments about how Wood help me as he grew up. He always taught no drugs, alcohol, or smoking and honesty is the best policy. These are things he does not tolerate.

    In 2001, Wood helped Rea obtain a new Mazda 626. He often mention he was trying to make things right. I know because he tried to help me, his mother and his baby sister buy cars. We may not be his biological sisters but what we feel in our hearts, we will always be brother and sister until we die.

    Rea was aware that Wood ran into hardship with the property mortgage payments because a hardship packet had to be filed. I talked to her myself to fill out the paperwork, But she never met with Wood to sign the papers.

    Again, I have never known to be misleading, he's always been straight forward with me and my son.

                                                             Thank You
                                                             Terri Jackson

7-6-06

To whom it may concern:

My name is Kyle Blake and and it's absolutely my pleasure to be writing this letter on the behalf of Mr. Len Woods. I have known Mr. Woods for a little more than one year and can honestly say from personal experience that he has been a positive influence on my life. I moved from out of state to Philadelphia with no real plan of what I really wanted to do. including whether or not to continue to use drugs. I made a decision to get my life straight and fortunately I met Mr. Woods after making that decision.

I explained my situation to him and he was willing to help. Just as long as I was serious about turning my life around he allowed me to work for him. doing construction for temple. After gaining more of his trust. he guided me along the way encouraging me with. with positive words. letting me know that I could have any thing that I want. but that I had to work hard for it. People will not give you anything.

as he story led to believe in what he was saying. I gained more confindence in my self and started to take steps on my own, he directed me to a rehabilitation center and by the grace of God I completed the program. I have been drug free for 13 months. the longest clean time ever. I needed someone to believe in me and take a chance. and he was willing to do that.

I watched how Mr Woods lives his life and how he surrounds himself with positive people. always willing to help the next person. being giving of himself. continuously, expecting nothing in return. he has always been professional, curtious and goal oriented. taking no shortcuts. I am grateful that I met Mr Woods and that he has allowed me in his circle of friends. and because of him my life has turned around dramatically for the better. and it is my profound pleasure to have had the opportunity to get to know him.

Kyger Z. Blake