IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V.                                                     )<br>)<br>LINWOOD LIPSCOMB,                    )<br>)<br>Defendant.                        ) | Cr.A. No. 05-91-KAJ |

NOTICE OF APPEAL

Notice is given that Linwood Lipscomb, defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment/Sentence of the Honorable Kent A. Jordan on July 7, 2006.

Linwood Lipscomb
Pro Se

Dated: July 14, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V.  ) | Cr.A. No. 05-91-KAJ |
| ) | |
| LINWOOD LIPSCOMB, ) | |
| ) | |
| Defendant.  ) | |

CERTIFICATE OF SERVICE OF
NOTICE OF APPEAL

The undersigned hereby certifies that two copies of the Notice of Appeal were hand delivered to the following person on July 17, 2006:

> Shannon Thee Hanson, Esquire
> U.S. Attorney's Office
> Suite 700
> 1007 Orange Street
> Wilmington, DE 19801

Dated: July 14, 2006