IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr.A. No. 05-91-KAJ |
| | ) | |
| LINWOOD LIPSCOMB, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

ORDERED this 18th day of July, 2006, A.D., that Joe Hurley is permitted leave of the Court to withdraw as counsel in the above-noted matter.

_____
J.