Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

O5cr91KAJ

FILED

JUL 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JTF

Linwood Lipscomb
Salem County Correctio
125 Cemetery Road
Woodstown, NJ 08098

19899@0018

U.S.M.S. X-RAY

RETURN TO SENDER

RELEASED

WILMINGTON DE 197

18 JUL 2006

US POSTAGE
Mailed From 19801
07/18/2006

NIXIE     080     1     00 07/23/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19899001818     *1627-15003-18-39



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT 2006 JUL 18  AM 9: 39

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
          V.                   )        Cr.A. No. 05-91-KAJ
                               )
LINWOOD LIPSCOMB,              )
                               )
          Defendant.           )

## O R D E R

ORDERED this ___18th___ day of ___July___, 2006,

A.D., that Joe Hurley is permitted leave of the Court to

withdraw as counsel in the above-noted matter.

_____
                 J.