IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 05-91-KAJ |
| LINWOOD LIPSCOMB, aka LEN, WOODS, | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Shannon T. Hanson and enter the appearance of Assistant United States Attorney Ilana Eisenstein as counsel of record for the government in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: August 23, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 05-91-KAJ |
| LINWOOD LIPSCOMB, aka LEN, WOODS, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on August 23, 2006, I electronically filed:

### SUBSTITUTION OF COUNSEL

by causing two (2) copies of said document to be delivered via U.S. Mail to attorney of record at the following address:

Joseph A. Hurley, Esquire
1215 King Street
Wilmington, DE 19801

/s/Jennifer Brown
Jennifer Brown