# THOMAS A. DREYER
ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

April 17, 2007

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790



For the Attention Of:   Jean Thornton

    Re:    **United States v. Linwood Lipscomb**
             **No. 06-3445**

Dear Ms. Thornton:

Enclosed find the following completed documents in the referenced case:

1. My original Entry of Appearance;

2. The original Criminal Appeal Information Statement;

3. A copy of the Transcript Purchase Order; and,

4. The original CJA 24 Form.

Thank you.

Yours truly,

Thomas A. Dreyer

cc:  Linwood Lipscomb
      Ilana H. Eisenstein
      Clerk, United States District Court for the District of Delaware



# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I -** <u>Please type. Attach additional pages if necessary</u>.

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

| | |
|---|---|
| U.S.C.A. Caption: | USA v. Linwood Lipscomb |
| U.S.C.A. No. | 06-3445 |
| District: | Delaware |
| D.C. Docket No.: | 05-91 |
| Date Judgment: | 7/7/06 |
| Filed Date in D.C. | 7/14/06 |
| Date NOA filed: | 7/17/06 |

Is this a Cross-Appeal?    Yes { }    No {x}

Was there a previous appeal in case? Yes { }    No {x}

If yes, Short Title: _____

Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

---

**PART II**
Please indicate basis of appeal:

_____ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal).

__X__ Judgment of Conviction/Commitment.

_____ Appeal will challenge <u>only</u> the merits of the underlying conviction.

__X__ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed in accordance with Sentencing Guidelines.

Page 1 of 2

_____   Appeal will challenge only the validity of the sentence imposed in accordance with the Sentencing Guidelines.

**NOTE:** This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this 17th day of April, 2007.

_____
(Signature of Counsel for Appellant)

Thomas A. Dreyer
(Name)

6 Dickinson Drive
Building 100 - Suite 106
Chadds Ford, PA 19317
(Address, City, State & Zip Code)

(610) 358-4454
(Area Code & Telephone No.)

2 of 2

PLEASE TYPE THIS FORM

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3445

USA _____ vs. _____ Linwood Lipscomb

The Clerk will enter my appearance as Counsel of Record for (please list names of all parties represented, using additional sheet(s) if needed):

Linwood Lipscomb

who IN THIS COURT is (please check only one):

____ Petitioner(s)     xx  Appellant(s)     ____ Intervenor (s)

____ Respondent(s)     ____ Appellee(s)     ____ Amicus Curiae

(Type or Print) Name _____ Thomas A. Dreyer _____
                        Mr.     Ms.     Mrs.     Miss

Firm _____ Same _____

Address _____ 6 Dickinson Drive
              Building 100 - Suite 106 _____

City & State _____ Chadds Ford, PA _____

Zip Code _____ 19317 _____

Phone (610) 358-4454

Fax 610 459-9206

PLEASE TYPE E-Mail Address _____ tdreyer610@aol.com

SIGNATURE OF COUNSEL: _____ /s/ Thomas A. Dreyer _____

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)
*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

REV. 08/15/01