UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-3445
_____

UNITED STATES OF AMERICA

v.

LINWOOD LIPSCOMB
a/k/a Len Woods

Linwood Lipscomb,
                    Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
(No. 05-cr-00091)
District Judge: Hon. Kent A. Jordan

Submitted Under Third Circuit LAR 34.1(a)
June 10, 2008

Before: AMBRO, CHAGARES, and GREENBERG, Circuit Judges.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on June 10, 2008.

On consideration whereof, it is now hereby

ADJUDGED and ORDERED by this Court that the judgment of the United States District Court entered July 14, 2006 is hereby AFFIRMED, all in accordance with the opinion of this Court.

Attest:

/s/ Marcia M. Waldron
Clerk

DATED: July 7, 2008

**Certified as a true copy and issued in lieu of a formal mandate on** 07/30/08

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**